JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELECIO MAGANA CARDONA, <br> Petitioner, <br> v. <br> UNITED STATES DISTRICT COURT, <br> Respondent. | Case No. 2:18-cv-08122-SJO (SK) <br><br> **JUDGMENT** |

Pursuant to the Order Dismissing Successive Petition, **IT IS ADJUDGED** that the Petition and this action are dismissed with prejudice.

DATED: November 28, 2018

*S. James Otero*

HON. S. JAMES OTERO
U.S. DISTRICT JUDGE